(Rev. 02/13)

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **WARRANT FOR ARREST** |
| v. | |
| Joseph Adam Kennedy | CASE NUMBER: 4:25-CR-00981-RM-MSA-1 |

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Joseph Adam Kennedy and bring him forthwith to the nearest magistrate to answer to a Pretrial Services Violation Petition charging him with: 18 U.S.C. § 3142, Violation of Pretrial Release Conditions.

VIOLATION OF RELEASE CONDITIONS

| | |
|---|---|
| Eric J. Markovich | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 04/12/25 at Tucson, Arizona |
| Signature of Issuing Officer | Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $   NO BOND

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

LAS VEGAS, NEVADA

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 04/12/2025 | Subject arrested by USMS, and initialed on 05/09/2025 in the District of Arizona. | |
| Date of Arrest | | |
| 04/15/2025 | | |

CC:USMS. AUSA, PTS